UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBELL RESEARCH, INC., *d/b/a Supersmile*,

Plaintiff,

-v-

DENTAL TECHNOLOGIES, INC.,

Defendant.

26 Civ. 4138 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The July 9, 2026 conference to discuss Defendant's anticipated motions is adjourned to July 14, 2026 at 3:00 p.m. *See* Dkt. 10. As before, the conference will take place via Webex; at the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307. Defendant's counsel is ordered to immediately file a notice of appearance so as not to miss any further docket notifications regarding a conference that Defendant itself requested. *See* Dkt. 8.

SO ORDERED.



Dated: July 9, 2026
New York, New York

JOHN P. CRONAN
United States District Judge